1
2
3
4

Irene Karbelashvili, State Bar Number 232223
**LAW OFFICE OF IRENE KARBELASHVILI**
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

5

Attorney for JOHN RODGERS , Plaintiff

6

7      **UNITED STATES DISTRICT COURT**
       **NORTHERN DISTRICT OF CALIFORNIA**
8

9

10   JOHN RODGERS,

                                Plaintiff,

11

12   vs.

13   AMF BOWLING ALLEY CENTERS,
     INC., a Virginia corporation, d/b/a PINOLE
14   VALLEY LANES; MICHAEL HOWES,
     an individual, d/b/a PINOLE VALLEY
15   LANES; DIANA K. DRAPER, an
     individual; CAROLE L. SALAS, an
16   individual; and DOES 1 through 10,
17   Inclusive,

                                Defendants.
18                                .

| )  | Case No. 4:14-cv-02281 |
| )  |  |
| )  | **PLAINTIFF'S REQUEST FOR** |
| )  | **ADMINISTRATIVE RELIEF** |
| )  | **AFTER MEDIATION** |
| )  | **REQUESTING CASE** |
| )  | **MANAGEMENT CONFERENCE** |
| )  | **(ADA ACCESS) &** |
| )  | **[~~PROPOSED~~] ORDER** |

19

20        This matter was referred to mediation on November 7, 2014. On November 10, 2014,

21   Howard Herman was appointed as the mediator. The ADR phone conference was held on

22   January 20, 2015. The mediation session was conducted by Mr. Herman on June 10, 2015. The

23

24   parties were not able to resolve the case at mediation.

25        Pursuant to General Order 56 and Local Rule 7-11, Plaintiff accordingly requests that the

26   Court set a case Management Conference in this matter.

27   Case No. 4:14-cv-02281

28   **1** | P a g e
     **PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELEIF AFTER MEDIATION REQUESTING CASE MANAGEMENT**
     **CONFERENCE (ADA ACCESS) &**
     **[PROPOSED] ORDER**

1   Respectfully submitted,

2

3   Dated: June 17, 2015                              /s/      *Irene Karbelashvili*
                                                      Irene Karbelashvili, Attorney for Plaintiff
4                                                     JOHN RODGERS

5

6

7

8

9

10

11                          ~~[PROPOSED]~~ **ORDER**

12          Upon request of Plaintiff and good cause appearing,

13   **IT IS HEREBY ORDERED** that a Case management Conference is set for 07/16/2015 in

14   Courtroom B before the Honorable Maria-Elena James. The parties shall submit a joint case

15   management conference statement no more than seven (7) days prior to the Case Management

16
     Conference.
17

18

19   **IT IS SO ORDERED.**

20

21
     Dated: June 18, 2015
22                                                    _____
                                                      JUDGE MARIA-ELENA JAMES
23

24

25

26

27
     Case No. 4:14-cv-02281
28   **2** | P a g e
     **PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELEIF AFTER MEDIATION REQUESTING CASE MANAGEMENT
     CONFERENCE (ADA ACCESS) &
     [PROPOSED] ORDER**